UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BECKY L. HAZLEWOOD,

       Plaintiff,

 -v-           6:12-CV-798

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ  PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 West Dominick Street
Rome, NY 13440

OFFICE OF REGIONAL GENERAL   ANDREEA L. LECHLEITNER, ESQ.
 COUNSEL
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

  Plaintiff Becky L. Hazlewood filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Social Security Disability Benefits and Supplemental Security Income. By Report-Recommendation dated May 7, 2013, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that

the decision of the Commissioner be reversed and the case remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a further analysis of plaintiff's ability to perform her prior work. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

The Commissioner's decision is VACATED and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for a further analysis of plaintiff's ability to perform her prior work, consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 6, 2013
　　　　Utica, New York.